ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE MAKAREWICZ (SBN: 229637)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
E-mail: valerie.makarewicz@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 10-8311 JAK (SHx) |
| | ) |
|        Plaintiff, | ) JUDGMENT AND ORDER OF SALE |
| | ) |
|   vs. | ) [filed concurrently with Motion |
| | ) for Summary Judgment and |
| PAIGE R. PARRISH, et al., | ) Statement of Uncontroverted Facts |
| | ) and Conclusions of Law] |
|      Defendants. | ) |
| | ) Honorable John A. Kronstadt |
| | ) |
| | ) Motion Hearing: |
| | ) |
| | ) Date: June 6, 2011 |
| | ) Time: 9:00 a.m. |
| | ) Ctrm: 750 |
| | )        Roybal Federal Bldg. |
| | )        255 E. Temple Street |
| | )        Los Angeles, CA 90012 |
| _____ | ) |

The Motion for Summary Judgment against defendants PAIGE R.
PARRISH and MARGARET B. PARRISH (hereinafter "defendants
PARRISH"), filed by plaintiff United States of America came on
for hearing before the Court on June 6, 2011.  Based on the
papers filed in this case, the arguments advanced at the hearing,

and all other matters properly made part of the record, **IT IS ORDERED**:

1. Plaintiff United States of America has valid federal income tax liens, in the amount of the unpaid income tax liabilities, against the property interest of defendants PARRISH.

2. Defendants PARRISH are the owners of the subject property, identified as:

a. LOT 6, IN BLOCK "F" OF TRACT 10273, AS PER MAP RECORDED IN BOOK 148, PAGES 60 AND 61 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

3. Defendants PARRISH hold title to the subject property, and that defendants PARRISH's interest in such property are, therefore, subject to the Federal tax liens filed against defendants PARRISH for taxable years 1998 through 2008.

4. The Federal tax liens filed against defendants PARRISH for taxable years 1998 thought 2008 have attached to the entire interests of defendants PARRISH in the subject real property.

5. The federal income tax liens for taxable years 1998 through 2008 are hereby foreclosed against defendants PARRISH's interest in the subject property.

6. The subject property is ordered to be sold by the Area Director of the Internal Revenue Service, Los Angeles, California Area (hereinafter "Area Director"), or his delegate, in accordance with the provisions of Title 28, United States Code, Sections 2001 and 2002.

7. Any party to this proceeding or any person claiming an interest in the subject property may move the Court, pursuant to Title 28, United States Code, Section 2001(b), for an order for a

private sale of the subject property.  Any such motion shall be filed within twenty (20) days of the date of this Judgment and shall set forth with particularity (a) the nature of the moving party's interest in the subject property, (b) the reasons why the moving party believes that a private sale would be in the best interests of the United States of America and any other claimant involved herein, (c) the names of three proposed appraisers and a short statement of their qualifications, and (d) a proposed form of order stating the terms and conditions of the private sale. Any such motion shall comply with Rule 7 of the Local Rules of the District Court for the Central District of California.

8.   The Area Director, or his delegate, is ordered to sell the subject property if it does not become the subject of a motion pursuant to the preceding paragraph, in accordance with Title 28, United States Code, Sections 2001(a) and 2002.  The property shall be sold at a public sale to be held at the Los Angeles County Courthouse, 111 North Hill Street, Los Angeles, California, as follows:

a.   Notice of the sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper regularly issued and of general circulation in Los Angeles County, California.  Said notice shall describe the property by both its street address and its legal description, and shall contain the terms and conditions of sale as set out herein.

b.   The terms and conditions of sale shall be as follows:

i.     A minimum bid determined by reference to the
       current fair market value shall be required.  The
       minimum bid shall be 75% of the current fair
       market value as determined by an appraisal of the
       subject property by the Internal Revenue Service.
       The terms of sale as to all persons or parties
       bidding shall be cash.

ii.    The successful bidder shall be required to deposit
       with the Area Director cash equal to twenty
       percent (20%) of the bidder's total bid
       immediately upon the property being struck off and
       awarded to such bidder as the highest and best
       bidder; and the remaining eighty percent (80%) of
       said purchase price is to be paid on or before
       5:00 p.m., within three (3) business days of the
       date of sale.

iii.   Should any person bid off the property at  the
       sale by virtue of this Judgment and Order of Sale,
       and fail to comply with the terms of the sale,
       such bidder shall be liable to the United States
       for twenty percent (20%) of the value of the
       property thus bid off as a penalty, and said
       deposit shall be paid over and delivered to the
       United States to be applied toward payment of said
       penalty, but payment of said penalty shall not be
       a credit on the judgment of the United States.

c.  Upon selling the subject property, the Area Director,
    or his delegate, shall prepare and file with this Court

an accounting and report of sale and shall give to the
purchaser a Certificate of Sale containing the
description of the property sold and the price paid.
The accounting and report of sale shall be filed within
ten (10) days from the date of sale. If no objections
have been filed in writing in this cause with the Clerk
of the Court, within fifteen (15) days of the date of
sale, the sale shall be confirmed without
necessity of motion, and the Area Director shall be
directed by the Clerk of the Court to execute and
deliver his deed to said purchaser.

d.  Possession of the property sold shall be yielded to
the purchaser upon the production of the Certificate of
Sale and Deed; and if there is a refusal to so yield, a
Writ of Assistance may, without further notice, be
issued by the Clerk of this Court to compel delivery of
the property sold to the purchaser.

e.  The Area Director shall apply the proceeds of the sale
expenses of the sale and then in the following order:

i.   First, for necessary sale expenses and advertising
incurred by the IRS in connection with the public
auction sale of the subject real property;

ii.  Second, to UNIVERSAL SAVINGS BANK for payment of
the mortgage loan secured by a Deed of Trust,
recorded as Instrument No. 89-1013571, in the
Official Records of the Recorder's Office, Los
Angeles County, California, on June 23, 1989;

iii. Third, to plaintiff, and defendants UNITED STATES
OF AMERICA, INTERNAL REVENUE SERVICE, and STATE OF
CALIFORNIA, FRANCHISE TAX BOARD, pursuant to the
stipulations filed in this case, in the following
order (with applicable penalties and interest
accruing through the date of sale):

| Assessment Type | Date of Assessment |
|---|---|
| IRS 1998 | 11/22/1999 |
| IRS 1999 | 11/27/2000 |
| IRS 2000 | 11/26/2001 |
| IRS 2001 | 11/25/2002 |
| IRS 2002 | 02/23/2004 |
| FTB 2003 | 10/19/2004 |
| IRS 2003 | 11/08/2004 |
| FTB 2004 | 10/19/2005 |
| IRS 2004 | 11/07/2005 |
| FTB 2005 | 10/19/2006 |
| IRS 2005 | 11/06/2006 |
| FTB 2004 | 08/12/2007 |
| FTB 2006 | 10/17/2007 |
| IRS 2006 | 11/05/2007 |
| FTB 2007 | 11/07/2008 |
| IRS 2007 | 11/24/2008 |
| FTB 2008 | 11/05/2009 |
| IRS 2008 | 11/16/2009 |

f. If any surplus remains after making the aforesaid
payments, the Area Director, or his delegate, shall so
report, and return and pay the same into the registry

of this Court for distribution under further order of this Court.

9. That the Court hereby retains jurisdiction of this action for the purpose of making proper distribution of any surplus proceeds of the sale, pursuant to the Area Director's Accounting and Report of Sale.

**IT IS SO ORDERED.**

Dated: July 22, 2011

_____
JOHN A. KRONSTADT
United States District Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney